### ARTHUR FISHMAN v. OLIVE HOPSON

32 So. (2nd) 913             June Term, 1947
December 9, 1947             Special Division B
Rehearing denied January 7, 1948

*Meyers, Heiman & Kaplan* and *Parker, Foster & Wigginton,* for appellant.

*E. F. P. Brigham,* for appellee.

PER CURIAM:

This appeal questions a decree refusing specific performance of a contract to sell real estate. The chancellor considered the evidence and in the exercise of his judicial discretion denied the relief. We can not say that the conclusion reached is clearly erroneous and so the decree is affirmed.

TERRELL, Acting Chief Justice, BUFORD, ADAMS and BARNS, JJ., concur.